UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

NEIL C. SCOTT et al.

          Plaintiff(s),

    v.

Boise Cascade, LLC

          Defendant(s).

Civil Case No. _____

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney __Anthony Pecora__ requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1)    **PERSONAL DATA:**

Name: __Pecora__ __Anthony__ __R.__ _____
     (Last Name)    (First Name)    (MI)    (Suffix)

Firm or Business Affiliation: __Stumphauzer O'Toole McLaughlin McGlamery & Loughman, Co LPA__

Mailing Address: __5455 Detroit Road__

City: __Sheffield Village__   State: __Ohio__   Zip: __44054__

Phone Number: __440.930.4001__   Fax Number: __440.934.7208__

Business E-mail Address: __apecora@sheffieldlaw.com__

(2) **BAR ADMISSIONS INFORMATION:**

    (a) State bar admission(s), date(s) of admission, and bar ID number(s):
Ohio, November 9, 1998, 0069660

    (b) Other federal court admission(s), date(s) of admission, and bar ID number(s):
Northern District of Ohio, May 7, 2008, 0069660
Western District of Tennessee, July 6, 2011, 0069660
Western District of New York, February 21, 2012, 0069660

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a) ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b) ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have a current professional liability insurance policy in the amount of $ 1,000,000.00 that will apply in this case, and that policy will remain in effect during the course of these proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Neil Scott, on behalf of himself and all others similarly situated.

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* ord.uscourts.gov/e-filing/cm-ecf-and-pacer), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(D) and the Local Rules of the District of Oregon.

DATED this 14th day of May, 2012

_____
(Signature of Pro Hac Counsel)

Anthony R. Pecora
(Typed Name)

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 14th day of May, 2012

_____
(Signature of Local Counsel)

Name: Baxter, Justin, M.
    (Last Name)    (First Name)    (MI)    (Suffix)

Oregon State Bar Number: 992178
Firm or Business Affiliation: Baxter & Baxter, LLP
Mailing Address: 8835 SW Canyon Lane, Suite 130
City: Portland    State: OR    Zip: 97225
Phone Number: (503) 297-9031    Business E-mail Address: justin@baxterlaw.com

---

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge