UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

NEIL C. SCOTT et al.

Plaintiff(s),

v.

Boise Cascade, LLC

Defendant(s).

Civil Case No. _____

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney **Matthew Dooley** requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: **Dooley**, **Matthew**, **A.**
(Last Name)    (First Name)    (MI)    (Suffix)

Firm or Business Affiliation: Stumphauzer O'Toole McLaughlin McGlamery & Loughman, Co LPA

Mailing Address: 5455 Detroit Road

City: Sheffield Village    State: Ohio    Zip: 44054

Phone Number: 440.930.4001    Fax Number: 440.934.7208

Business E-mail Address: mdooley@sheffieldlaw.com

(2) **BAR ADMISSIONS INFORMATION:**

    (a) State bar admission(s), date(s) of admission, and bar ID number(s):
Florida, February 6, 2006, 19293
Ohio, November 9, 2006, 0081482

    (b) Other federal court admission(s), date(s) of admission, and bar ID number(s):
Northern District of Ohio, April 28, 2008, 0081482
Western District of Tennessee, July 6, 2011, 0081482
6th Circuit Court of Appeals, May 12, 2008, 0081482

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a) ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b) ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have a current professional liability insurance policy in the amount of $ 1,000,000.00 that will apply in this case, and that policy will remain in effect during the course of these proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Neil Scott, on behalf of himself and all others similarly situated.

(6)    **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* ord.uscourts.gov/e-filing/cm-ecf-and-pacer), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(D) and the Local Rules of the District of Oregon.

DATED this __14th__ day of __May__, __2012__

_(Signature of Pro Hac Counsel)_

Matthew A. Dooley
*(Typed Name)*

## CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this __14th__ day of __May__, __2012__

_(Signature of Local Counsel)_

Name: __Baxter__        __Justin__        __M.__
       *(Last Name)*      *(First Name)*    *(MI)*    *(Suffix)*

Oregon State Bar Number: __992178__
Firm or Business Affiliation: __Baxter & Baxter, LLP__
Mailing Address: __8835 SW Canyon Lane, Suite 130__
City: __Portland__              State: __OR__    Zip: __97225__
Phone Number: __(503) 297-9031__    Business E-mail Address: __justin@baxterlaw.com__

---

### COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge