**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

NEIL C. SCOTT,

on behalf of himself and all others similarly situated,

Plaintiff(s),

v.

BOISE CASCADE, L.L.C.,

Defendant(s).

Civil Case No. 3:12-cv-00858-AC

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney  Timothy S. Anderson  requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: Anderson (Last Name) Timothy (First Name) S (MI)  (Suffix)

Firm or Business Affiliation: Littler Mendelson, P.C.

Mailing Address: 1100 Superior Avenue, 20th Floor

City: Cleveland  State: Ohio  Zip: 44114

Phone Number: (216) 696-7600  Fax Number: (216) 696-2038

Business E-mail Address: tanderson@littler.com

(2) **BAR ADMISSIONS INFORMATION:**

   (a)   State bar admission(s), date(s) of admission, and bar ID number(s):
State of Ohio, Admitted November 10, 1997, Bar No. 0071593

   (b)   Other federal court admission(s), date(s) of admission, and bar ID number(s):
See Attached.

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

   (a)   ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

   (b)   ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have a current professional liability insurance policy in the amount of $ 10,000,000.00 that will apply in this case, and that policy will remain in effect during the course of these proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Defendant Boise Cascade, L.L.C.

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* ord.uscourts.gov/e-filing/cm-ecf-and-pacer), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(D) and the Local Rules of the District of Oregon.

DATED this __8th__ day of __June__, __2012__

_____
*(Signature of Pro Hac Counsel)*

Timothy S. Anderson
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this __12th__ day of __June__, __2012__

_____
*(Signature of Local Counsel)*

Name: __Leis__ __Craig__ __L__
(Last Name)  (First Name)  (MI)  (Suffix)

Oregon State Bar Number: __053091__
Firm or Business Affiliation: __Littler Mendelson, P.C.__
Mailing Address: __121 SW Morrison, Suite 900__
City: __Portland__   State: __OR__   Zip: __97204__
Phone Number: __(503) 221-0309__   Business E-mail Address: __(503) 242-2457__

---

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge

## ATTACHMENT TO
## APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*
## FOR TIMOTHY S. ANDERSON

| *Title of Court* | *Date of Admission* |
| --- | --- |
| United States District Court for the Northern District of Ohio | 02/25/2000 |
| United States District Court for the Eastern District of Michigan | 06/03/2003 |
| United States District Court for the Southern District of Ohio | 07/27/2004 |
| United States District Court for the Central District of Illinois | 2004 |
| United States Court of Appeals, 6th Circuit | 08/04/2003 |