**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

NEIL C. SCOTT,

on behalf of himself and all others similarly situated,

        Plaintiff(s),

v.

BOISE CASCADE, L.L.C.,

        Defendant(s).

Civil Case No. 3:12-cv-00858-AC

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney **Lee J. Hutton** requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: **Hutton**, **Lee**, **J**
   (Last Name)   (First Name)   (MI)   (Suffix)

Firm or Business Affiliation: **Littler Mendelson, P.C.**

Mailing Address: **1100 Superior Avenue, 20th Floor**

City: **Cleveland**   State: **Ohio**   Zip: **44114**

Phone Number: **(216) 696-7600**   Fax Number: **(216) 696-2038**

Business E-mail Address: **lhutton@littler.com**

(2) **BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):
State of Ohio, Admitted November 7, 1975, Bar No. 0006794

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):
See Attached.

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)    ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)    ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have a current professional liability insurance policy in the amount of $ 10,000,000.00 that will apply in this case, and that policy will remain in effect during the course of these proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Defendant Boise Cascade, L.L.C.

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* ord.uscourts.gov/e-filing/cm-ecf-and-pacer), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(D) and the Local Rules of the District of Oregon.

DATED this __8th__ day of __June__, __2012__

_____
*(Signature of Pro Hac Counsel)*

Lee J. Hutton
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this __12th__ day of __June__, __2012__

_____
*(Signature of Local Counsel)*

Name: __Leis__   __Craig__   __L__
      *(Last Name)*   *(First Name)*   *(MI)*   *(Suffix)*

Oregon State Bar Number: __053091__

Firm or Business Affiliation: __Littler Mendelson, P.C.__

Mailing Address: __121 SW Morrison, Suite 900__

City: __Portland__   State: __OR__   Zip: __97204__

Phone Number: __(503) 221-0309__   Business E-mail Address: __(503) 242-2457__

---

**COURT ACTION**

☐ Application approved subject to payment of fees.

☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge

**ATTACHMENT TO**
**APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE***
**FOR LEE J. HUTTON**

| *Title of Court* | *Date of Admission* |
| --- | --- |
| United States District Court for the Northern District of Ohio | 1976 |
| United States District Court for the Southern District of Ohio | 2005 |
| United States District Court for the Eastern District of Michigan | 1982 |
| United States District Court for the District of Arizona | 1993 |
| United States District Court for the Central District of Illinois | 1998 |
| United States District Court for the District of Colorado | 2003 |
| United States Court of Appeals for the Sixth Circuit | 1983 |
| United States Court of Appeals for the Third Circuit | 1989 |
| United States Court of Appeals for the Fourth Circuit | 1991 |
| United States Court of Appeals for the Seventh Circuit | 1996 |
| United States Court of Appeals for the Ninth Circuit | 2006 |
| United States Court of Appeals for the Eleventh Circuit | 2003 |
| Supreme Court of the United States of America | 1991 |